**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT SUDAR,

Plaintiff,

vs.

NEVADA HAND, INC.,
APACHE PINES APARTMENTS,
BRIANNA HANKINS,
ERICA ARTHUR,
BOARD OF DIRECTORS, NEVADA HAND, INC.,

Defendants.

Case No.: 2:26-cv-02103-GMN-EJY

**ORDER CONVERTING TEMPORARY RESTRAINING ORDER INTO PRELIMINARY INJUNCTION**

On July 22, 2026, the Court issued an Order Granting Plaintiff Robert Sudar's Motion for Temporary Restraining Order ("TRO"), (ECF No. 8). The Court thereafter held two Preliminary Injunction hearings on August 5, 2026, and August 17, 2026. (*See* Minutes, ECF Nos. 11, 14). At the first hearing, the Court extended the TRO for fourteen days because Defendants had not been served. (August 5 Minutes, ECF No. 11). Despite being served on August 5, 2026, Defendants Nevada Hand, Inc., Apache Pines Apartments, Brianna Hankins, Erica Arthur, and Board of Directors, Nevada Hand, Inc., ("Defendants") failed to file answering papers to the Court's Order Granting TRO, and failed to appear at the August 17, 2026, Preliminary Injunction hearing. (*See* August 17 Minutes, ECF No. 14). Because Defendants have failed to respond to the Court's Order Granting TRO, the Court GRANTS Plaintiff's request for a preliminary injunction as unopposed. *See , e.g.*, *Livewirecyber, Inc. v. Lee*, No. CV 17-00645-AB (ASx), 2017 WL 11954186, at *2 (C.D. Cal. Feb. 23, 2017) (granting preliminary injunction as unopposed because defendants failed to appear at the TRO hearing or otherwise respond to the TRO).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request for a preliminary injunction is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants are **ENJOINED** from taking any action to relocate Plaintiff from Apartment 1115 and from initiating eviction proceedings against Plaintiff due to his refusal to relocate prior to the expiration of his lease on September 30, 2026.

**DATED** this 17 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court